# United States Court of Appeals
## For the First Circuit

Nos. 13-2139,
    13-2427

UNITED STATES OF AMERICA,

Appellee,

v.

ALEXIS CANDELARIO-SANTANA, and
DAVID OQUENDO-RIVAS,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court, issued on August 17, 2016, is amended as follows:

On page 11, line 20, "nature of setting" is replaced with "nature of the setting".

On page 33, line 3, the period after "Tse" is replaced with a comma.